664 A.2d 937

IN THE MATTER OF ROBERT B. CLARK,
AN ATTORNEY AT LAW.

October 5, 1995.

## ORDER

664 A.2d 938

IN THE MATTER OF ROBERT B. CLARK,
AN ATTORNEY AT LAW.

October 5, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **ROBERT B. CLARK** of **EAST ORANGE,** who was admitted to the bar of this State in 1979, be

suspended from the practice of law and compelled to pay a monetary sanction for failure to pay a fee arbitration award, and said **ROBERT B. CLARK** having been Ordered to Show Cause why he should not be temporarily suspended and compelled to pay a monetary sanction or be otherwise disciplined, and good cause appearing;

It is ORDERED that **ROBERT B. CLARK** is hereby suspended from the practice of law, effective as of the filing date of this Order, and until the further Order of the Court; and it is further

ORDERED that respondent pay a sanction in the amount of $500 to the Disciplinary Oversight Committee within forty-five days after the filing date of this Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20.